# IN THE SUPREME COURT OF THE STATE OF NEVADA

FELIX ABRAHAM CARATTINI,
Appellant,

vs.

CHRISTI LEE RAMEY, AN INDIVIDUAL, AS MANAGING MEMBER OF FAC INVENTIONS ENTERPRISES LLC; JASON H. HAIR, AN INDIVIDUAL AND AS INVESTOR AND STRATEGY CONSULTANT FOR FAC INVENTIONS ENTERPRISES, LLC; JULI A. LANDER, AN INDIVIDUAL AND AS INVESTOR IN FAC INVENTIONS ENTERPRISES, LLC; MARCIA LYNN CORNWELL, AN INDIVIDUAL, AND AS INVESTOR AND CHIEF OPERATING OFFICER OF FAC INVENTIONS ENTERPRISES, LLC; AND DR. CRAIG ANTHONY RAMEY, AN INDIVIDUAL AND AS INVESTOR IN FAC INVENTIONS ENTERPRISES, LLC,
Respondents.

No. 79884

FILED

SEP 1 1 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Counsel for appellant has filed a "Notice of Withdrawal of Appeal." In the notice, counsel indicates that appellant has passed away. Counsel states that he has been in contact with the executor of appellant's estate, Dolores Delgado, and that Ms. Delgado has indicated that the estate would like to withdraw the appeal, and the estate consents to a voluntary dismissal. Accordingly, this appeal is dismissed.

It is so ORDERED.

_____, C.J.
Pickering

SUPREME COURT
OF
NEVADA

(O) 1947A

20-33589

cc:    Hon. David M. Jones, District Judge
        Hutchison & Steffen, LLC/Las Vegas
        King & Russo, Ltd.
        Eighth District Court Clerk